IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| WILLIE JAMES ROBERTSON, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 3:07-CV-43 (CDL) |
| WILLIAM TERRY, Warden | * | |
| Respondent | * | |

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 28, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE